UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00038-GNS-CHL

KIANNA MILLER,
Mother and Next Friend of T.H. and S.B.                                    PLAINTIFF

v.

JEFFERSON COUNTY
BOARD OF EDUCATION, et al.                                                 DEFENDANTS

## ORDER

On October 8, 2020, the Court ordered Plaintiff to respond to show cause why this matter should not be dismissed for lack of prosecution due to her failure to comply with the Court's order. (Order, DN 33).  No response has been filed.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of a lawsuit if a plaintiff fails to prosecute or comply with a court order.  *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal." (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962); *Carter v. Memphis*, 636 F.2d 159, 161 (6th Cir. 1980))).  Although federal courts afford pro se litigants some leniency on matters that require legal sophistication like formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons—particularly when there is a pattern of delay or failure to pursue a case. *See id.* at 110.  "Further, the United States Supreme Court has recognized that courts have an inherent power to manage their own affairs and may dismiss a case sua sponte for lack of

prosecution." *Lyons-Bey v. Pennell*, 93 F. App'x 732, 733 (6th Cir. 2004) (citing *Link*, 370 U.S. at 630-31).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's lack of prosecution of this matter. The Clerk shall strike this matter from the active docket.

Greg N. Stivers, Chief Judge
United States District Court

December 1, 2020

cc: counsel of record
Kianna Miller, *pro se*